AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-cr-00160-005 |
| | ) | |
| | ) | FID: 11881056 |
| ROBERT EAST | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT EAST                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE AND 400 GRAMS OR MORE OF FENTANYL

**RECEIVED**
By KKrapp at 3:13 pm, Oct 28, 2025

| Sarah Sewall | | Case Administration Supervisor |
|---|---|---|
| *Name of Issuing Officer* | | *Title of Issuing Officer* |
| Sarah Sewall | | 10/28/2025            Pittsburgh |
| *Signature of Issuing Officer* | | *Date and Location* |

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                   _____ |
|                                                                *Arresting officer's signature* |
|                                                                 _____ |
|                                                                *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                             Weight:

Sex:                                                                Race:

Hair:                                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print      Save As...                                                                                           Reset